**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7151**

ROBERT LOUIS GARRETT, JR., a/k/a Chubby, a/k/a Chubb, a/k/a Tru, a/k/a Kweli, a/k/a Justice,

Plaintiff - Appellant,

v.

AULL; BECKETT, JR.; T. ESTERLINE; JAMES PARRISH,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Cameron McGowan Currie, Senior District Judge; Paige Jones Gossett, Magistrate Judge.  (0:18-cv-01418-CMC-PJG)

Submitted:  October 15, 2019                    Decided:  October 18, 2019

Before GREGORY, Chief Judge, and THACKER and RUSHING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Robert Louis Garrett, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Louis Garrett, Jr., seeks to appeal the district court's order affirming the magistrate judge's order and dismissing Garrett's motions to compel discovery and for sanctions and the magistrate judge's order denying without prejudice Garrett's motion to compel discovery. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Garrett seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*